

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00339-CV

IN RE CHARLES CLEVELAND NOWDEN　　　　　　　　　　　　　　　　RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 1182411D

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED:  September 29, 2016

---

[1]See Tex. R. App. P. 47.4.